GOODWIN et al. v. FOX et al. (Circuit Court of Appeals, Seventh Circuit. October 7, 1895.) No. 21. Appeal from Circuit Court of the United

States for the Northern District of Illinois. J. N. Jewett and J. J. Herrick, for appellant Smith. J. P. Wilson and A. M. Pence, for appellees. Dismissed on consent of counsel.